IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BARBARA SWANSON                                                                    PLAINTIFF

v.                              Civil No. 15-2029

CAROLYN COLVIN, Commissioner
Social Security Administration                                                     DEFENDANT

# J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 10th day of March, 2016.

/s/ Mark E. Ford
HONORABLE MARK. E. FORD
UNITED STATES MAGISTRATE JUDGE